UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Walter O. Singh,                                                            Civil No. 08-1255 (DWF/SRN)

           Plaintiff,

v.                                                                **ORDER**

Indrani Hannuman, Latchman Hannuman,
Travis Hannuman, and Andrew Hannuman,

           Defendant.

---

Walter O. Singh, *Pro Se*, Plaintiff.

Michael J. Weidner, Esq., Law Offices of Michael J. Weidner, counsel for Defendant.

---

This matter is before the Court upon Plaintiff's self-styled "Opposition on Defendants' Motion to Dismiss" and objections to Magistrate Judge Susan Richard Nelson's Report and Recommendation dated December 9, 2008, recommending that: (1) this case is **DISMISSED** for lack of subject matter jurisdiction; (2) Plaintiff's Application for Entry of Default be administratively terminated; (3) Plaintiff's Motion for Default Judgment be administratively terminated; (4) Defendant Indrani Hannuman's Motion to Dismiss be administratively terminated; and (5) Plaintiff be prohibited from filing any additional lawsuits against Defendants in this District without first obtaining permission from the Court.

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b).  The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Plaintiff's objections.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

## ORDER

1. Plaintiff Walter O' Singh's self-styled objections (Doc. No. 33) to Magistrate Judge Susan Richard Nelson's Report and Recommendation dated December 9, 2008, are **DENIED**.

2. Magistrate Judge Susan Richard Nelson's Report and Recommendation dated December 9, 2008 (Doc. No. 32), is **ADOPTED**.

3. This case is **DISMISSED** for lack of subject matter jurisdiction.

4. Plaintiff's Application for Entry of Default (Doc. No. 7) is administratively terminated.

5. Plaintiff's Motion for Default Judgment (Doc. No. 8) is administratively terminated.

6. Defendant Indrani Hannuman's Motion to Dismiss (Doc. No. 12) is administratively terminated.

7. Plaintiff is prohibited from filing any additional lawsuits against Defendants in this District without first obtaining permission from the Court.

Dated: February 2, 2009          s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 Judge of United States District Court